UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEROME NISBETT,

                Plaintiff,

-against-

ANTHONY J. ANNUCCI, *et al.*,

                Defendants.

18-CV-6083 (NSR)

ORDER OF DISMISSAL

---

NELSON S. ROMÁN, United States District Judge:

On July 23, 2019, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for want of prosecution. (ECF No. 18.) In the OSC, the Court delineated Plaintiff's failure to prosecute his claims, including Plaintiff's failure to update his address on the docket after his release from the custody of the New York State Department of Corrections and Community Supervision, and his failure to take any action in this matter since filing his Complaint and request to proceed *in forma pauperis*. (*Id.*) Plaintiff was granted one month, until August 23, 2019, to demonstrate to the Court that he had not abandoned his claims and was taking diligent steps to prosecute them. (*Id.*) Despite the passage of more than a month, Plaintiff has failed to communicate with the Court or otherwise respond to the OSC. Accordingly, due to Plaintiff's failure to prosecute this action, the action is dismissed pursuant to Fed R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to terminate this action. The Clerk of the Court is further directed to serve a copy of this Order on Plaintiff at the address listed on the docket and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-19

file proof of service on the docket.

Dated: December 19, 2019
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge